# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| CLYDE WYATT | CIVIL ACTION NO. 14-2362 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RICHWOOD CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections and additional filings by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §1915 and §1915A.

**The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas.**

**MONROE, LOUISIANA**, this 3rd day of March, 2015.


_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE